## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| KEVIN JAMES MANNING, #2820, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-317-JDK-JDL |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

### FINAL JUDGMENT

The Court, having considered Petitioner's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Petitioner's case is **DISMISSED** without prejudice.

The Clerk of Court is instructed to close the case.

So **ORDERED** and **SIGNED** this **10th** day of **November, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE